# IN THE SUPREME COURT OF THE STATE OF DELAWARE

In the Matter of )
a Member of the Bar of )
the Supreme Court of )
the State of Delaware: ) No. 680, 2014
)
**ERIK C. GRANDELL** ) ODC File Nos. 2012-0332-B; 108375-B
) 110019-B; and 108423-B
Respondent. )

Submitted: December 9, 2014
Decided: December 10, 2014

Before **HOLLAND, RIDGELY** and **VALIHURA**, Justices.

## ORDER

Upon consideration of the Petition for Reinstatement to Active Status filed by Petitioner, Erik C. Grandell, and finding that the Petition is not opposed by the Office of Disciplinary Counsel ("ODC"), it is hereby ordered that Erik C. Grandell is reinstated to Active Status pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure, subject to the following conditions for the duration of the pending disciplinary proceedings:

1. Petitioner is prohibited from engaging in the solo practice of law;

2. Petitioner is prohibited from acting as managing partner in charge of books and records of a firm;

3. Petitioner shall notify any employer of these conditions;

4. Petitioner shall remain in active treatment with Alice R. O'Brien, LPCMH or alternate licensed mental health treatment provider;

5. Petitioner shall execute a formal monitoring agreement with DE-LAP and comply with all conditions deemed appropriate by DE-LAP;

6. Petitioner shall meet on a monthly basis with a mutually agreed upon practice monitor who will closely review Petitioner's legal work and cases. This practice monitor shall provide quarterly reports to ODC of the Petitioner's compliance with the conditions of reinstatement;

7. Petitioner shall report any violations of the conditions of his transfer to active status to ODC directly; and

8. Petitioner shall cooperate promptly and fully with ODC in its efforts to monitor compliance with his conditions of reinstatement. Petitioner shall cooperate with ODC's investigation of any allegations of unprofessional conduct which may come to the attention of ODC. Upon request of ODC, Petitioner shall provide authorization for release of information and documentation, to the extent not granted above, to verify compliance with the conditions of reinstatement to active status.

If the ODC concludes, after giving the Petitioner an opportunity to respond, that Petitioner has violated the conditions of his reinstatement to active status, ODC may file a petition directly with the Delaware Supreme Court requesting the

Court suspend the petitioner or, if appropriate, that Petitioner be transferred to disability inactive status.

SO ORDERED, this 10th day of December, 2014.

_Randy J Holland_
Justice